United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 25, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 04-60282
Summary Calendar

_____

FREELANCE ENTERTAINMENT, LLC;
J. B. HUNT; PAMELA RUSHING, Individually,

                                        Plaintiffs-Appellants,

versus

HARRY SANDERS; J. L. WILLIAMS,
TOMMY SOUTHERLAND; JOE BROOKS;
LEROY BROOKS, In their Official Capacities
as members of the Board of Supervisors of
Lowndes County, Mississippi, C. B. "BUTCH
HOWARD, In his Official Capacity as Sheriff
of Lowndes County, Mississippi,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court for
the Northern District of Mississippi
(USDC No. 3:02-CV-109-M-B)
_____

Before REAVLEY, WIENER and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The district court correctly determined that the motion for attorney's fees was untimely.  See Romaguera v. Gegenheim, 162 F.3d 893 (5th Cir. 1998).  Thus, the judgment is AFFIRMED.